# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

PETER R. BINGAMAN,

Plaintiff,

-against-

**APPEARANCE**

**Case Number: 07 CV 10673 (RWS)**

REED ELSEVIER, INC.,

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

REED ELSEVIER, INC.

I certify that I am admitted to practice in this court.

12/27/07
Date

_[signature]_
Signature

John A. Snyder II (JS4786)
Print Name

Jackson Lewis LLP, 59 Maiden Lane
Address

New York, NY 10038
City   State   Zip Code

212-545-4000
Phone Number

212-972-3213
Fax Number