Sweet, J

JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000
John A. Snyder II (JS 4786)

ATTORNEYS FOR DEFENDANT
REED ELSEVIER, INC.

RECEIVED
JAN 0 2 2008
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER R. BINGAMAN,

                    Plaintiff,

    -against-

REED ELSEVIER, INC.,

                    Defendant.

07 CV 10673 (RWS)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time by which Defendant Reed Elsevier, Inc. may answer or otherwise respond to Plaintiff's Complaint in this action is extended from December 31, 2007 through and including January 31, 2008. Defendant agrees not to contest the adequacy of service of the Complaint upon it, but fully reserves all of its other rights and defenses.



Respectfully submitted,

| O'ROURKE & ASSOCIATES, LLC | JACKSON LEWIS LLP |
|---|---|
| 27 Pine Street | 59 Maiden Lane |
| New Canaan, CT 06840 | New York, New York 10038-4502 |
| (203) 966-6664 | (212) 545-4000 |
| Attorney for Plaintiff | Attorneys for Defendant |

By: _____  
Marianne F. Murray (MM 5754)

By: _____  
John A. Snyder II (JS 4786)

Dated: December 24, 2007  
New York, New York

Dated: December 26, 2007  
New York, New York

IT IS SO ORDERED this  
9th day of Jan., 2008

_____  
HON. ROBERT W. SWEET, U.S.D.J.