UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Bingaman

-v.-

Elsevier, Inc.

------------------------------------------------------------X

07 Civ. 10673 (RWS)

2/4/08

Please be advised that the conference scheduled for Feb 13, 08 has been rescheduled to March 19, 08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
2/4/08

ROBERT W. SWEET
United States District Judge