JACKSON LEWIS LLP
59 Maiden Lane
New York, New York 10038
(212) 545-4000
John A. Snyder II (JS 4786)
Mitchell Boyarsky (MB 7995)

ATTORNEYS FOR DEFENDANT
REED ELSEVIER, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER BINGAMAN,

                        Plaintiff,

      -against-                    Case No. 07 CV 10673
                                     (RWS)(FM)

REED ELSEVIER, INC.,

                        Defendant.

---

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, hereby certify that LexisNexis a division of Reed Elsevier, Inc.. Reed Elsevier Inc. is a privately held company and is a subsidiary of Reed Elsevier US Holdings, Inc., also privately held. The ultimate parent is Reed Elsevier Group plc, and the publicly traded stock is Reed International and Elsevier NV.

                                      Respectfully submitted,

                                      JACKSON LEWIS LLP
                                      *ATTORNEYS FOR DEFENDANT*
                                      59 Maiden Lane
                                      New York, New York 10038
                                      (212) 545-4000

Dated: February 6, 2008        By: _____
                                          John A. Snyder II (JS 4786)
                                          Mitchell Boyarsky (MB 7995)

                                      ATTORNEYS FOR DEFENDANT
                                      REED ELSEVIER, INC.