COPY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

PETER R. BINGAMAN,

               Plaintiff,

        v.

REED ELSEVIER, INC.

               Defendant.

D.N.  07 CV 10673 (RWS)

STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties, that Plaintiff's time to serve and file his opposition to Defendant's Motion to Dismiss the Complaint dated February 7, 2008 is hereby extended from February 27, 2008 until and including March 19, 2008, and Plaintiff's time to serve and files its reply papers in support of Defendant's Motion to Dismiss the Complaint is hereby extended from March 24, 2008 until and including April 16, 2008.

Dated:  February 15, 2008

               O'ROURKE & ASSOCIATES LLC,
               Attorneys for Plaintiff Peter Bingaman
               7 Pine Street
               New Canaan, CT 06840
               Tel (203) 966-6664

     By:      _____
               Brendan J. O'Rourke
               Marianne F. Murray (5754)

Dated: February 15, 2008

JACKSON LEWIS LLP
Attorneys for Defendant
Reed Elsevier, Inc.
59 Maiden Lane
New York, New York 10038

By:

John A. Snyder II (JS 4786)
Mitchell Boyarsky (MB 7995)

IT IS SO ORDERED this
_____ day of _____ 2008.

_____
HON. ROBERT W. SWEET, U.S.D.J.