UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

PETER BINGAMAN,

               Plaintiff,

  - against -

REED ELSEVIER, INC.,

               Defendant.

----------------------------------------X

07 Civ. 10673 (RWS)

O R D E R

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/26/08

Sweet, D.J.,

        Defendant's Motion to Dismiss, dated February 7, 2008, will be heard at noon on Wednesday, March 19, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

New York, NY
February 20, 2008

                                                ROBERT W. SWEET
                                                    U.S.D.J.