

# O'ROURKE & ASSOCIATES, LLC
## ATTORNEYS AT LAW

27 Pine Street
New Canaan, Connecticut 06840
Telephone: (203) 966-6664
Facsimile: (203) 966-5710
www.orourkeandassoc.com

March 14, 2008

<u>VIA FACSIMILE to (212) 805-7925</u>

Honorable Robert W. Sweet
United States District Judge
  For the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08**

Re:  Bingaman v. Reed Elsevier/ DN 07 CV 10673 (RWS)

Dear Judge Sweet:

This firm represents Plaintiff in the above-referenced action. We write to respectfully request an extension of time to file an opposition to Defendant's Motion to Dismiss the Complaint in this action, dated February 7, 2008.

Plaintiff's initial response time was February 27th, which was extended by the Court (on consent) until March 19th. Plaintiff now requests one additional two-week extension until April 2nd. This is Plaintiff's second request for an extension, which does not impact any other scheduled dates, other than Defendant's time to file a Reply, to which Plaintiff has consented, extending such time to file a Reply from April 16th to April 30th.

Defendant has confirmed to Plaintiff that it does not oppose Plaintiff's request for an extension and a Stipulation embodying counsels' respective consent to these extensions is annexed hereto. Thank you for the Court's consideration of this request.

Most respectfully,

Marianne F. Murray
/enc.

cc (w/enc. by email): John A. Snyder II, Esq.
                      Mitchell Boyarsky, Esq.

So ordered
Sweet
USDJ
3.17.08