Sweet, J
RECEIVED
MAR 18 2008
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER R. BINGAMAN,<br>Plaintiff,<br>v.<br>REED ELSEVIER, INC.<br>Defendant. | D.N. 07 CV 10673 (RWS)<br><br>STIPULATION & ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties, that Plaintiff's time to serve and file his opposition to Defendant's Motion to Dismiss the Complaint dated February 7, 2008 is hereby extended from March 19, 2008 until and including April 2, 2008 and Defendant's time to file a Reply in further support of the Motion to Dismiss is hereby extended from April 16, 2008 until and including April 30, 3008.

Dated: March 14, 2008

O'ROURKE & ASSOCIATES LLC,
Attorneys for Plaintiff Peter Bingaman
7 Pine Street
New Canaan, CT 06840
Tel (203) 966-6664

By: ______________________
Brendan J. O'Rourke
Marianne F. Murray (5754)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3-19-08

So Ordered

/s/ Rwo Yocas

3.19.08

By: _____
John A. Snyder II (JS 4786)
Mitchell Boyarsky (MB 7995)

JACKSON LEWIS, LLP
Attorneys for Defendant
Reed Elsevier, Inc.
59 Maiden Lane
New York, New York 10038