

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER R. BINGAMAN,

        Plaintiff,

v.

REED ELSEVIER, INC.

        Defendant.

---

D.N. 07 CV 10673 (RWS)

STIPULATION & ORDER

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08
```

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties, that Plaintiff's time to serve and file his opposition to Defendant's Motion to Dismiss the Complaint dated February 7, 2008 is hereby extended from March 19, 2008 until and including April 2, 2008 and Defendant's time to file a Reply in further support of the Motion to Dismiss is hereby extended from April 16, 2008 until and including April 30, 3008.

Dated:    March 14, 2008

                              O'ROURKE & ASSOCIATES LLC,
                              Attorneys for Plaintiff Peter Bingaman
                              7 Pine Street
                              New Canaan, CT 06840
                              Tel (203) 966-6664

                  By: _____
                              Brendan J. O'Rourke
                              Marianne F. Murray (5754)

By:

JACKSON LEWIS, LLP
Attorneys for Defendant
Reed Elsevier, Inc.
59 Maiden Lane
New York, New York 10038

*/s/ John A. Snyder II*
John A. Snyder II (JS 4786)
Mitchell Boyarsky (MB 7995)

So ordered

*/s/ Robert W. Sweet*

3.24.08