UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER R. BINGAMAN,

        Plaintiff,

v.

REED ELSEVIER, INC.

        Defendant.

D.N. 07 CV 10673 (RWS)

STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties, that Plaintiff's time to serve and file his opposition to Defendant's Motion to Dismiss the Complaint dated February 7, 2008 is hereby extended from April 2, 2008 to April 7, 2008 and Defendant's time to file a Reply in further support of the Motion to Dismiss is hereby extended from April 30, 3008 to May 5, 2008.

Dated:    April 1, 2008

O'ROURKE & ASSOCIATES LLC,
Attorneys for Plaintiff Peter Bingaman
7 Pine Street
New Canaan, CT 06840
Tel (203) 966-6664

By: _____
Brendan J. O'Rourke
Marianne F. Murray (5754)

JACKSON LEWIS, LLP
Attorneys for Defendant
Reed Elsevier, Inc.
59 Maiden Lane
New York, New York  10038

By: /s/ _____
John A. Snyder II (JS 4786)
Mitchell Boyarsky (MB 7995)

So ordered

/s/ Sweet USDJ
4.7.08