```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER R. BINGAMAN,

        Plaintiff,

v.

REED ELSEVIER, INC.

        Defendant.

D.N. 07 CV 10673 (RWS)

STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel for the respective parties, that Plaintiff's time to serve and file his opposition to Defendant's Motion to Dismiss the Complaint dated February 7, 2008 is hereby extended from April 7, 2008 to April 11, 2008 and Defendant's time to file a Reply in further support of the Motion to Dismiss is May 5, 2008.

Dated:    April 7, 2008

                              O'ROURKE & ASSOCIATES LLC,
                              Attorneys for Plaintiff Peter Bingaman
                              7 Pine Street
                              New Canaan, CT 06840
                              Tel (203) 966-6664

                By:    _____
                              Brendan J. O'Rourke
                              Marianne F. Murray (5754)

JACKSON LEWIS, LLP
Attorneys for Defendant
Reed Elsevier, Inc.
59 Maiden Lane
New York, New York 10038

By: _____
John A. Snyder II (JS 4786)
Mitchell Boyarsky (MB 7995)

So ordered

Sweet USDJ
4-7-08