*Sweet/J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER BINGAMAN, | Case No. 07 CV 10673 (RWS)(FM) |
| Plaintiff, | |
| -against- | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| REED ELSEVIER, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Peter

Bingaman and Defendant Reed Elsevier, Inc., by and through their undersigned counsel, that the

above-captioned action be and is hereby dismissed, with prejudice, and with no award of

attorneys' fees or costs by the Court to any party.


O'ROURKE & ASSOCIATES LLC
    27 Pine Street
    New Canaan, CT 06840
    (203) 966-6664

By: _____
    Marianne F. Murray (5754)

ATTORNEYS FOR PLAINTIFF

Dated: May 20, 2008


JACKSON LEWIS LLP
    59 Maiden Lane, 39th Floor
    New York, New York 10038-4502
    (212) 545-4000

By: _____
    John A. Snyder II (JS 4786)
    Mitchell Boyarsky (MB 7995)

ATTORNEYS FOR DEFENDANT

Dated: May 21, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08



RECEIVED
JUN 0 3 2008
JUDGE SWEET CHAMBERS

IT IS SO ORDERED this
3 day of June 2008.

HON. ROBERT W. SWEET, U.S.D.J.

ND: 4840-4742-1954, v. 1